**SO ORDERED.**

**SIGNED this 17 day of May, 2013.**

_____
**Randy D. Doub
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE   DIVISION

IN RE:                                                                 CASE NO.: 12-03364-8-RDD

**Kelly Kite Hardee and
William Alvah Hardee, Jr.**

DEBTORS                                                         CHAPTER 13

### ORDER REVOKING DISCHARGE

This matter comes on upon the discharge of the debtors entered by the court on May 14, 2013; and

It appearing to the court that the discharge for the debtors was entered in error; now therefore,

**IT IS ORDERED** that the discharge entered on May 14, 2013 for Kelly Kite Hardee and William Alvah Hardee, Jr. is hereby **Revoked**.

**"End Of Document"**